## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )                                 | 8:04CR543 |
| Plaintiff,       )                | |
| )                                 | |
| vs.                             ) | ORDER |
| )                                 | |
| JOHN R. OTTE,                   ) | |
| )                                 | |
| Defendant.       )                | |
| _____ ) | |
| IN RE:  APPOINTMENT OF COUNSEL  ) | |
| )                                 | |
| WITNESS:  TROY D. RICKARD        ) | |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named witness in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Brian S. Munnelly, Munnelly Law Office, 300 South 19th Street, Suite 202, Omaha, Nebraska 68102, (402) 934-6187 is appointed to represent the above named witness in this matter and shall forthwith file a written appearance in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Brian S. Munnelly.

DATED this 30th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge