## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR543 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN R. OTTE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| IN RE:  APPOINTMENT OF COUNSEL | ) | |
| | ) | |
| WITNESS:  CYNTHIA LYNN PETERSON | ) | |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named individual in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named individual is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Chad D. Primmer, 223 South Main Street, Council Bluffs, IA 51503, phone (712) 323-5881, is appointed as attorney of record for the above-named material witness.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Primmer.

DATED this 30th day of August, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge